IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN SMITH,

        Plaintiff,

v. : 3:21-CV-1634
: (JUDGE MARIANI)

JUDGE VITO P. GEROULO, *et al.*,

        Defendants.

FILED
SCRANTON
APR 03 2023
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 31ST DAY OF MARCH, 2023**, upon consideration of Plaintiff's motion for an extension of time (Doc. 7) to file objections to Magistrate Judge Saporito's Report and Recommendation (Doc. 6), **IT IS HEREBY ORDERED THAT** Plaintiff's motion is **GRANTED**. Plaintiff shall submit any objections to the Report and Recommendation **on or before April 21, 2023**.

Robert D. Mariani
United States District Judge